# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Bonne St. James,**                                                  Civil No. 06-1472 (JNE-JJG)

    Plaintiff,

v.                                                                                           **ORDER**

**New Prague Area Community Center, et al.,**

    Defendants.

    This matter is before the undersigned upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motion to dismiss (Doc. No. 2) is **DENIED.**

2. No later than seven days after this order is filed, St. James shall file an affidavit and attach a proposed amended complaint that adds Holy Trinity Lutheran Church of New Prague as a defendant. The proposed amended complaint shall not substantially modify the claims and allegations in the original complaint.

3. The parties shall not file documents supporting or opposing the proposed amended complaint without first obtaining leave from the Magistrate Judge.

4. Unless an order issues to the contrary within fourteen days after this order is filed, St. James shall file her proposed amended complaint and Holy Trinity Lutheran Church of New Prague shall be joined as a defendant to this suit.

Dated this 26th day of July, 2006.              s/ Joan N. Ericksen
                                                                                JOAN N. ERICKSEN
                                                                                United States District Court Judge

_____